FILED

MAR 31 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### CRIMINAL COMPLAINT

UNITED STATES OF AMERICA

v.

CASE NUMBER: 1:14 MJ 00057 SAB

DAVID WALTER FEE,

ANDREW ZARATE, and

DANIEL LAWRENCE VILLALVA

(If search warrant is issued regarding this complaint, indicate above the case number assigned.)

I, <u>Chet M. Johnston</u>, being duly sworn, state the following is true and correct to the best of my knowledge and belief. Since on or about June 25, 2013, in <u>Fresno</u> County(ies), in the <u>Eastern</u> District of <u>California, and elsewhere</u>,

> The defendants did knowingly aim, and aid and abet the aiming of, the beam of a laser pointer at a California Highway Patrol aircraft, in the special aircraft jurisdiction of the United States, and/or at the flight path of said aircraft,

in violation of Title <u>18</u>, United States Code, Section(s) <u>39A and 2</u>, respectively, with a maximum penalty of <u>5 years</u> imprisonment, <u>and/or a fine of up to $250,000</u> dollars, and $100 penalty assessment per violation.

I further state that I am a(n) Special Agent, Federal Bureau of Investigation and that this complaint is based on the following facts:

<u>See</u> Attached Affidavit.

Continued on the attached sheet and made a part hereof:   X  Yes  ___ No

_____
Signature of Complainant
**Chet M. Johnston**

Sworn to before me and subscribed in my presence,

<u>March          2014</u>                at        <u>Fresno, California</u>
(Date)                                             (City and State)

<u>Stanley A. Boone</u>                            _____ (Signature of Judicial Officer)
U.S. Magistrate Judge

## AFFIDAVIT

1  I, Chet M. Johnston, a Special Agent (SA) with the Federal Bureau of Investigation
2  (FBI), Sacramento Division, being duly sworn, depose and state as follows:
3  I have been employed as a Special Agent of the FBI since December 2008, and am
4  currently assigned to the Sacramento Division, Fresno Resident Agency (RA). As a Special
5  Agent of the FBI, I investigate federal criminal violations related to wire fraud, financial
6  institution fraud, mortgage fraud, bankruptcy fraud, and transportation crimes. I have gained
7  experience through training at the FBI Academy and everyday work related to conducting these
8  types of investigations and others. I was also employed as a Northglenn Police Officer in
9  Colorado for approximately six years prior to joining the FBI.
10  As a federal agent, I am authorized to investigate violations of laws of the United States
11  and to execute arrest warrants issued under the authority of the United States. I have
12  investigated and assisted in the prosecution of laser strikes on aircraft, pursuant to, *inter alia*, 18
13  U.S.C. § 39A, aiming a laser pointer at an aircraft.
14  I have also testified at a trial in the prosecution of laser case and have educated myself by
15  reading articles posted on the internet and a Congressional Research Article dated January 26,
16  2005, related to laser devices and the effects laser devices can have if exposed to the eyes. I
17  have used handheld laser pointing devices and laser levels used in construction work in
18  professional and personal applications. I also know there is a requirement for laser devices to
19  have a danger warning label printed and affixed on all laser devices, and operating instructions
20  accompanying laser devices that I have seen or reviewed, including instructions to avoid
21  exposing lasers to eyes as the laser could cause serious injury to the eye.

1  This Affidavit is based upon my own personal knowledge of the events set forth herein,
2  as well as information provided to me by other law enforcement personnel. The purpose of this
3  affidavit is made to support a complaint charging that DAVID WALTER FEE, ANDREW
4  ZARATE, and DANIEL LAWRENCE VILLALVA violated Title 18, United States Code,
5  Sections 39A and 2, aiming a laser pointer at an aircraft and aiding and abetting.

## STATUTORY AUTHORITY

7  This affidavit is made to support a complaint charging FEE, ZARATE, and VILLALVA
8  with on or about June 25, 2013, in Fresno County, State and Eastern District of California,
9  knowingly aiming, and aiding and abetting the aiming of, the beam of a laser pointer at Air 43, a
10 California Highway Patrol (CHP) aircraft, during flight operations, or at its flight path, in
11 violation of Title 18, United States Code, Sections 39A and 2.
12 Section 39A of Title 18 of the United States Code prohibits knowingly aiming the beam
13 of a laser pointer at an aircraft or its flight path.

## BACKGROUND OF INVESTIGATION

15 I learned the following from investigation, from interviews of contacts, victims, potential
16 witnesses and/or suspects, and my review of law enforcement reports prepared in this case, and
17 from discussion of this case with assisting agents and/or officers. I have detailed only the facts
18 that I believe are necessary and appropriate to establish the probable cause mandatory for an
19 authorization of the arrest of the subject identified hereinafter.
20 On or about June 25, 2013, at about 9:18 p.m., CHP Air 43 was assisting the Fresno
21 Police Department with a burglary alarm at El Capitan Middle School in Fresno when the
22 aircraft was hit repeatedly with green lasers. CHP Air 43 Pilot James Gilmore and Flight Officer
23 Scott Lynn redirected their attention from the burglary to XXXX Dori Avenue in Fresno, the

source of the green laser beam, and contacted Fresno PD dispatch and Fresno CHP communications.

While waiting for ground officers to arrive, Air 43 continued to be illuminated by green lasers. One of the lasers hit Pilot Gilmore directly in his eyes, causing temporary blindness, headache and itching of his eyes.

Pilot Gilmore said he gets struck by lasers while in flight almost every night, but this incident was the worst in his 23 year career as a pilot for the CHP. He said they were struck approximately 50 times. Following the laser strikes, Pilot Gilmore was forced to land for the remainder of his shift due to a headache and itchy eyes.

Flight Officer Lynn confirmed that he has been struck by lasers nightly. He estimated that the green laser struck the plane about 30 times that night. At one point, the laser appeared to be taunting the plane. They lost about 4 to 5 hours of flying time that night due to the strikes.

The plane's video camera captured three juveniles breaking into the middle school and the laser strikes disrupting the law enforcement mission.

When Fresno Police officers arrived at the Dori residence, FEE told the officers that he had aimed and shined the laser but did not know that he had actually hit the CHP plane.

ZARATE told the officers he and his friends had been "messing around with the laser pointing it at the tree" and then started "lighting up" the plane. He said he did it for a little bit and tracked the plane with the laser.

VILLALVA initially told the officers he did not remember much because he had been drinking but admitted to pointing the laser at objects. After being advised that his friends had said he had pointed the laser in the air, VILLAVLA said that maybe he did point it in the air but did not know whether he had hit the plane.

1    The Fresno Police Officers seized three green laser pointers from the Dori residence.
2    The laser pointers were labeled as Class III laser devices manufactured in China. The laser
3    pointers also contained a danger warning and advised to avoid direct eye contact.
4    I conducted a follow-up investigation. As part of my investigation, I interviewed the
5    three defendants.
6    FEE told me that he had one beer that night. He admitted that he had pointed a laser
7    pointer at various objects, including the moon and a plane. He hit the plane 2 to 3 times and
8    tracked it for 3 to 5 seconds each time. Later during the interview, he admitted that he had
9    actually hit the plane 2 to 5 times. He also said that VILLALVA and ZARATE struck the plane
10   with the laser.
11   ZARATE told me that he had consumed a couple beers and said he pointed a laser
12   pointer toward the sky. He did not know he had hit the plane, but if he had it was an accident.
13   VILLALVA told me he had 9 shots of rum that night. He advised he was too drunk to
14   remember pointing the laser in the air. Contrary to his statement at the time of the incident,
15   VILLALVA said he did not remember pointing the laser in the air.
16                                     **CONCLUSION**
17   Based upon the foregoing, I respectfully submit that there is probable cause to believe
18   that DAVID WALTER FEE, ANDREW ZARATE, and DANIEL LAWRENCE VILLALVA
19   did knowingly aim, and aid and abet the aiming of, the beam of a laser device at an aircraft or its
20   flight path, in violation of Title 18, United States Code, Sections 39A and 2.
21   ////
22   ////

1    Your affiant, therefore, respectfully requests that the attached warrants be issued

2    authorizing the arrest of DAVID WALTER FEE, ANDREW ZARATE, and DANIEL

3    LAWRENCE VILLALVA.

*[signature]*
Chet M. Johnston
Special Agent,
Federal Bureau of Investigation

SWORN TO BEFORE ME, AND SUBSCRIBED
IN MY PRESENCE THIS 31st DAY OF
MARCH, 2014.

*[signature]*
STANLEY A. BOONE
United States Magistrate Judge

Reviewed and Approved as to Form and Content
This 28th Day of March, 2014

/s/ Karen A. Escobar
Karen A. Escobar
Assistant U.S. Attorney